# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTIE'S INC.,

                      Petitioner,

      -against-

DEBRA L. TURNER and THE SEAN N. PARKER FOUNDATION,

                      Respondents.

------------------------------------------------------------X

20 **CIVIL** 3146(NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 22, 2021, Christie's petition to confirm the Award is granted; accordingly, the case is closed**.**

**Dated**: New York, New York
       January 25, 2021

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**

                    **BY:** _____
                                    **Deputy Clerk**